IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:03CR132 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JAMES M. WILLETT, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the motion filed by defense counsel, Jessica P. Douglas, to withdraw (Filing No. 81).

For good cause shown, the motion will be granted. The Defendant is incarcerated and continues to be eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. The court finds that substitute counsel should be appointed.

IT IS ORDERED:

1. The motion to withdraw filed by Jessica P. Douglas (Filing No. 81) is granted;

2. The Federal Public Defender for the District of Nebraska must immediately provide the Court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district;

3. Counsel's appointment herein is made under 18 U.S.C. §3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant;

4. The Clerk is directed to provide a copy of this order to the Federal Public Defender for the District of Nebraska; and

5. The hearing previously scheduled for Monday, June 15, 2009, will be continued by separate order.

DATED this 11th day of June, 2009.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge